# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO.: 3:08 CV 375-RJC-DCK

| | |
|---|---|
| VELMED, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| GENERAL HOSPITAL SUPPLY, INC., et al., | ) |
| Defendant. | ) |

## ORDER

THIS CAUSE coming on to be heard and being heard on Application for Admission to Practice *Pro Hac Vice* (Document No. 8) filed September 11, 2008, and it appearing that good grounds exist for the Motion to be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

Brian R. Pollack of the firm Edwards Angell Palmer & Dodge LLP be and hereby is admitted to this Court pro hac vice.

Signed: September 12, 2008

David C. Keesler
United States Magistrate Judge