IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO.: 3:08 CV 375-RJC-DCK

VELMED, INC., )
)
        Plaintiff, )
)
v. )
)
GENERAL HOSPITAL SUPPLY, INC., et al., )
)
        Defendant. )
)

## ORDER

THIS CAUSE coming on to be heard and being heard on Application for Admission to Practice *Pro Hac Vice* (Document No. 7) filed September 11, 2008, and it appearing that good grounds exist for the Motion to be granted,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

John G. Stretton of the firm Edwards Angell Palmer & Dodge LLP be and hereby is admitted to this Court pro hac vice.

Signed: September 12, 2008

David C. Keesler
United States Magistrate Judge